United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-51105
Summary Calendar

UNITES STATES OF AMERICA,

Plaintiff-Appellee,

versus

PASTOR SANTIAGO RODRIGUEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:05-CR-24-ALL
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

After a bench trial, the district court convicted Pastor Santiago Rodriguez of possession with intent to distribute cocaine. Rodriguez appeals, contending that the court erred by denying his motion to suppress the cocaine. He argues that the search that discovered the cocaine under the intake manifold of his engine exceeded the scope of his consent to search his vehicle.

Because Rodriguez did not place any limitations on his consent to the search, he had no reasonable cause for believing

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the search would be somehow limited.  See <u>United States v. Mendoza-Gonzalez</u>, 318 F.3d 663, 667 (5th Cir. 2003).  Moreover, Rodriguez consented to the dog's sniff of the vehicle, which provided probable cause to search the engine area where the dog indicated there was contraband.  See <u>United States v. Williams</u>, 69 F.3d 27, 28 (5th Cir. 1995).

The search did not exceed the scope of Rodriguez's consent and was further supported by probable cause.  The judgment of the district court is

AFFIRMED.